UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON FLANDERS, individually and as successor in interest,<br><br>       *Plaintiff,*<br><br> vs.<br><br>CITY OF LOS ANGELES; et al.,<br><br>       *Defendants*.<br>_____ | CASE NO. CV 11-01710 JAK (FFMx)<br><br>*Hon. John A. Kronstadt*<br>*Magistrate: Frederick F. Mumm*<br><br>**[PROPOSED] PROTECTIVE ORDER RE: DISCLOSURE OF CONFIDENTIAL MATERIALS**<br><br>**NOTE CHANGES MADE BY COURT** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

   After reviewing the parties' joint Stipulation for Protective Order re: Disclosure of Confidential Materials, and finding good cause therefore, the Court hereby orders:

   1. The parties may designate as confidential all recorded and transcribed interviews and statements regarding this matter, taken by the Los Angeles Police Department pursuant to its internal investigation of the incident, by affixing to such document or writing a legend, such as "Confidential," "Confidential Documents," "Confidential Material," "Subject to Protective Order" or words of similar effect. The category of documents and other tangible things so designated, and all information derived therefrom (hereinafter, collectively, "Confidential Information"), shall be treated in accordance with the terms of this Order.

   2. Confidential Information may be used by the persons receiving such information only for the purpose of this litigation.

3. Subject to the further conditions imposed by this Order, Confidential Information may be disclosed only to the following persons:

 (a) Counsel for the parties and to experts, investigators, paralegal assistants, office clerks, secretaries and other such personnel working under their supervision;

 (b) The Plaintiffs in this action;

 (c) Such other parties as may be agreed by written stipulation among the parties hereto.

 **(d)** **The Court and its employees.  (FFM)**

4. Prior to the disclosure of any Confidential Information to any person described in paragraph 3(a), 3(b) or 3(c), counsel for the party that has received and seeks to use or disclose such Confidential Information shall first provide any such person with a copy of this stipulation, and shall cause him or her to execute, on a second copy which counsel shall thereafter serve on the other party the following acknowledgment:

 "I understand that I am being given access to Confidential Information pursuant to the foregoing stipulation and order. I have read the Order and agree to be bound by its terms with respect to the handling, use and disclosure of such Confidential Information.

 Dated: _____/s/_____"

5. Upon the final termination of this litigation, including any appeal pertaining thereto, all Confidential Information and all copies thereof shall be returned to the Defendants, except as to Court personnel.  All Confidential Information disclosed to any person or party pursuant to any provision hereof also shall be returned to the Defendants.

6. If any party who receives Confidential Information receives a subpoena or other request seeking Confidential Information, he, she or it shall immediately give written notice to the Defendants' counsel, identifying the Confidential Information sought and the time in which production or other disclosure is required, ~~and shall object to the request or subpoena~~

1  ~~on the grounds of this stipulation~~ **and shall not produce any Confidential Information prior to the date specified for production in the subpoena,** so as to afford the Defendants an opportunity to obtain an order barring production or other disclosure, or to otherwise respond to the subpoena or other request for production or disclosure of Confidential Material. ~~Other than objecting on the grounds of this stipulation,~~ **N**o party shall be obligated to seek an order barring production of Confidential Information, which obligation shall be borne by the Defendants. However, in no event should production or disclosure be made without written notice to Defendants' counsel unless required by court order after serving written notice to Defendants' counsel. **(FFM)**

7.   When filing any pleadings, motions, briefs, declarations, stipulations, exhibits or other written submissions to the Court in this litigation, and portions thereof which contain, reflect, incorporate or refer to Confidential Information shall be filed under seal, after written application to the Court made pursuant to Local Rule 79-5. If the Court approves the application to file the documents under seal, the original and judge's copy of the document shall be sealed in separate envelopes with a title page affixed to the outside of each envelope. No sealed or confidential record of the Court maintained by the Clerk shall be disclosed except upon written order of the Court.

8.   ~~Counsel for the parties shall request that any motions, applications or other pre-trial proceedings which could entail the discussion or disclosure of Confidential Information be heard by the Court outside the presence of the jury, unless having heard from counsel, the Court orders otherwise. During any portion of the trial of this action which could entail the discussion or disclosure of Confidential Information, counsel shall request that access to the courtroom be limited to parties, their counsel and other designated representative, experts or consultants who agree to be bound by this stipulation, and court personnel, unless having heard from counsel, the Court orders otherwise.~~ **(FFM)**

/ / /

/ / /

/ / /

1     **Nothing herein shall apply to evidence presented at court proceedings or trial. Any protective measures relating to Confidential Information disclosed in open court should be taken up with the judicial officer conducting the particular proceeding at the appropriate time. (FFM)**

    9.    Nothing herein shall prejudice any party's rights to object to the introduction of any Confidential Information into evidence, on grounds including but not limited to relevance and privilege.

    10.    The Stipulated Protective Order survives settlement, trial and/or appeal.

*IT IS SO ORDERED:*


DATED: October 31, 2011                  /S/ FREDERICK F. MUMM
                                                    Honorable Frederick F. Mumm
                                                    United States Magistrate Judge