# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV11-01710 JAK (FFMx) | Date | May 4, 2012 |
|---|---|---|---|
| Title | Brandon Flanders v. City of Los Angeles, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On May 3, 2012, plaintiff filed "Notice of Settlement" (Dkt. 49).  The Court sets an Order to Show Cause re Dismissal for July 2, 2012 at 1:30 p.m.  If the parties file a dismissal by June 29, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The May 7, 2012 Post Mediation Status Conference, July 23, 2012 Final Pretrial Conference, August 3, 2012 Exhibit Conference, and August 7, 2012 Jury Trial are vacated.

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer  ak