1  **CARMEN A. TRUTANICH, City Attorney   (SBN # 86629x)**
   **GARY G. GEUSS**, Chief Assistant City Attorney **(SBN 128022)**
2  **CORY M. BRENTE, Assistant City Attorney**
   **RENA M. SHAHANDEH,  Deputy City Attorney (SBN - 198072**)
3  200 North Main Street, 6th Floor, City Hall East
   Los Angeles, CA  90012
4  Tel:  (213) 978-7047  Fax:   (213) 978-8785
   e-mail: rena.shahandeh@lacity.org
5

6  Attorneys for Defendants, **MIGUEL SALAZAR, MARIO MOTA, TIMOTHY REYES, JOSHUA MARTINEZ, ROBERT ALVARADO, LEROY BLOCK and**
7  **CITY OF LOS ANGELES, a municipal corporation**

8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  BRANDON FLANDERS, individually and as successor in interest, | CASE NO. CV 11-01710 JAK(FFMx) |
| 13 | **ORDER OF  DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AGAINST ALL DEFENDANTS MIGUEL SALAZAR, MARIO MOTA, TIMOTHY REYES, JOSHUA MARTINEZ, ROBERT ALVARADO, LEROY BLOCK and CITY OF LOS ANGELES** |
| 14           *Plaintiff,* | |
| 15    vs. | |
| 16 | |
| 17  CITY OF LOS ANGELES; MARIO MOTA; TIMOTHY REYES; MIGUEL SALAZAR; JOSHUA MARTINEZ; ROBERT ALVARADO; LEROY BLOCK; and DOES 7-10, inclusive, | |
| 18 | JS-6 |
| 19 | |
| 20           *Defendants.* | |

21

22              **ORDER OF DISMISSAL OF THE ACTION**

23              **WITH PREJUDICE AGAINST ALL DEFENDANTS**

24

25         Based upon the foregoing request of Plaintiff, this Action ***Brandon***

26  ***Flanders v. City of Los Angeles, et al, CV 11-01710 JAK (FFMx),*** is hereby

27  DISMISSED,  WITH PREJUDICE, as to ALL CAUSES OF ACTIONS AGAINST

28  ....

ALL DEFENDANTS, MIGUEL SALAZAR, MARIO MOTA, TIMOTHY REYES, JOSHUA MARTINEZ, ROBERT ALVARADO, LEROY BLOCK and CITY OF LOS ANGELES, a municipal corporation.

Each party is to bear its own costs and attorney fees.

Dated: May 31, 2012

**HONORABLE JOHN A. KRONSTADT**
**UNITED STATES DISTRICT JUDGE**